**CR13 00486 EJD PSG**

# UNITED STATES DISTRICT COURT

*SEALED BY ORDER OF THE COURT*

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**Filed**

JUL 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES OF AMERICA

### vs.

### CUONG CAO DANG, aka Calvin Dang

# INDICTMENT

Count One: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud;
Counts Two through Seven: 18 U.S.C. § 1341 – Mail Fraud;
Counts Eight and Nine: 18 U.S.C. § 1957 – Monetary Transactions Using Criminally Derived Property;
First Forfeiture Allegation: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture of Criminally Derived Proceeds;
Second Forfeiture Allegation: 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 24 TH *day of* July *A.D. 2013*

_____
UNITED STATES MAGISTRATE JUDGE

No Bail Arrest Warrant



DOCUMENT NO.          CLK's
                     INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

**Bail. $**_____

SEALED BY ORDER
OF THE COURT

MELINDA HAAG (CABN 132612)
United States Attorney

**Filed**

JUL 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CUONG CAO DANG,
      a/k/a "Calvin" Dang,

        Defendant.

**CR 13.** No. **00486** EJD

PSG

VIOLATIONS: 18 U.S.C § 1349 –
Conspiracy to Commit Mail Fraud; 18
U.S.C. § 1341; Mail Fraud; 18 U.S.C. §
1957 – Engaging in Monetary Transactions
Using Criminally Derived Property; 18
U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
2461(c) - Forfeiture of Criminally Derived
Proceeds; and 18 U.S.C. § 982(a)(1) –
Money Laundering Forfeiture

SAN JOSE VENUE

<u>I N D I C T M E N T</u>

The Grand Jury charges:

At all times relevant to this indictment, unless otherwise indicated:

<u>Defendant and Relevant Entities</u>

1.     Defendant Cuong Cao Dang, a/k/a "Calvin" Dang ("DANG"), owned and

operated Network Genesis, Inc., a California corporation that bought and sold used Cisco parts.

Network Genesis was located at 2526 Qume Drive, Suite 19, in San Jose, California, and

maintained its primary operating account at Wells Fargo Bank (WFB).

2.     DANG also owned and operated The Dang's Investment, Inc. ("TDI"), a

California corporation located at 2611 Senter Road, Suite 138, San Jose, California.  The

INDICTMENT

1   primary business of TDI, according to its website, was managing residential and commercial real

2   estate that DANG purchased using profits generated by Network Genesis.  TDI also maintained

3   its primary operating accounts with WFB.

4           3.       Unindicted co-conspirators EL-1 and DH were Network Genesis employees.

5           4.       Unindicted co-conspirators LP and TN received payments on behalf of DANG

6   and Network Genesis for merchandise Network Genesis sold to its customers.  DANG directed

7   customers to pay LP and TN, instead of paying Network Genesis directly, for merchandise those

8   customers had purchased from Network Genesis.  LP and TN received those payments, deposited

9   the funds into their own bank accounts, then withdrew the cash in structured amounts and

10  funneled the money back to DANG.  LP and TN received a 2% commission for this service.

11          5.       Unindicted co-conspirator EL-2 owned ECL Market & Deli, a small market that

12  also provided check-cashing services to its customers.  EL-2 and ECL received payments from

13  Network Genesis and its customers.  EL-2 and ECL also cashed checks made payable to other of

14  DANG's nominees, including LP and TN.

15          6.       Unindicted co-conspirator PD was a relative of DANG's who also received

16  payments from DANG's customers and funneled the money back to DANG, including, on one

17  occasion, by helping DANG buy a $105,000 Mercedes Benz automobile.

18          7.       LH, HN, and VN were Cisco employees who sold stolen and counterfeit Cisco

19  merchandise to DANG.

20          8.       Network Genesis' customers were located primarily in Southern California, but

21  Network Genesis also had customers in several other states.  Network Genesis primarily used

22  Federal Express, a commercial interstate carrier, to ship orders to its customers.

23  <u>Background Regarding Fraudulent Sales of Cisco Equipment</u>

24          9.       Cisco Systems, Inc. is a multinational corporation headquartered in San Jose,

25  California, that designs, manufactures, and sells computer networking equipment.  Like

26  many successful companies in the Silicon Valley, Cisco has been the victim of a variety of

27  criminal schemes, including counterfeiting and theft.  Counterfeiting occurs when Cisco

28  equipment is sold as genuine when it was not manufactured by Cisco or does not contain

INDICTMENT                -2-

1   genuine Cisco parts.  Counterfeiters will sometimes misuse Cisco databases to obtain

2   information, including serial numbers and warranty status, about parts that do not belong to

3   them.  For example, a criminal might enter Cisco's database to search for serial number

4   information in order to manufacture, alter, or re-label a Cisco part for resale.

5        10.    Internal theft occurs when Cisco employees steal equipment, often for the

6   purpose of selling it.  Other types of internal theft involve Cisco employees providing

7   Cisco's internal information, including serial numbers, contracts, or warranty information to

8   resellers, who use that information to alter parts or manufacture counterfeit parts for resale.

9        11.    A "test sheet" is a document that shows the diagnostic information for a

10  particular part, and that will include the serial number for that part.

11       12.    A media access control address (MAC address) is a unique identifier assigned

12  to network interfaces for communications on the physical network segment.  MAC

13  addresses are most often assigned by the manufacturer of a network interface controller and

14  are stored in its hardware, such as the card's read-only memory or other stored data location.

15  If assigned by the manufacturer, a MAC address usually encodes the manufacturer's

16  registered identification number and may be referred to as the "burned-in" address.

17  Although it is not particularly difficult to change the serial number sticker affixed to a piece

18  of computer hardware, it is much more difficult to change the internal MAC address.

19                        The Scheme and Artifice to Defraud

20       13.    Beginning no later than January 2006, and continuing through approximately

21  January 23, 2013, DANG, doing business as Network Genesis, (1) bought counterfeit or

22  stolen Cisco merchandise from Cisco employees, including LH, HN, and VN, and (2) resold

23  that merchandise to Network Genesis customers after altering the external serial numbers to

24  make the items he was selling more difficult to trace.  DANG often provided test sheets to

25  his customers that corresponded to the altered serial number on the part he was selling, not

26  to the true internal serial number for that part.

27  //

28  //

INDICTMENT                          -3-

14.     DANG directed his customers to send payment for the merchandise to nominees, including, among others,  LP, TN, EL, and PD, who, in turn, deposited the money into their own bank accounts before funneling it back to DANG.

COUNT ONE:  (18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud)

15.     Paragraphs 1 through 14 and the transactions identified in Counts Two through Seven of this Indictment are alleged and incorporated as if fully set forth here.

16.     Beginning at a time unknown to the Grand Jury, but no later than in or about January 1, 2006, and continuing through January 23, 2013, in the Northern District of California and elsewhere, the defendant,

CUONG CAO DANG,<br>a/k/a "Calvin" Dang,

and others both known and unknown to the Grand Jury, conspired to devise and did devise a scheme and artifice (A) to defraud Network Genesis customers as to a material matter, namely, the correct serial number and origin of the item they were purchasing, and (B) to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and by material omissions, and for the purpose of executing such scheme and artifice to defraud, did knowingly and intentionally cause matter to be delivered by the United States Postal Service and private and commercial interstate carriers, in violation of 18 U.S.C. § 1341;

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH SEVEN:  18 U.S.C. § 1341 (Mail Fraud)

17.     Paragraphs 1 through 14 are alleged and incorporated as if fully set forth here.

18.     On or about the dates set forth below, in the Northern District of California, and elsewhere, for the purpose of executing the material scheme to defraud Network Genesis' customers, and to obtain money from those customers by means of materially false and fraudulent pretenses, representations, promises, and by material omissions, the defendant,

INDICTMENT                    -4-

CUONG CAO DANG,
a/k/a "Calvin" Dang,

did knowingly cause to be delivered by the United States Postal Service and private and commercial interstate carriers the following items that were shipped from Network Genesis to the locations set forth in each of Counts Two through Seven:

| Count | Date | Description of Mailing | Sent To |
|-------|------|------------------------|---------|
| TWO | 6/17/2010 | Shipment of Cisco 7600 Route Switch Processor, Item No. RSP720-3CXL-GE, three items at $12,000 each | Customer DW Oklahoma City, OK |
| THREE | 6/21/2010 | Shipment of Cisco SPA Interface Processor 400, Item No. 7600-SIP-400, two items at $8,500 each | Customer CCNY, Utica, New York |
| FOUR | 6/23/2010 | Shipment of (1) Cisco Catalyst 6500, Item No. WS-SUP720-3BXL, three items at $8,500 each; (2) Cisco Catalyst 6500, Item No. WS-X6748-GE-TX, one item at $5,400 | Customer TKO Westlake Village, CA |
| FIVE | 6/23/2010 | Cisco SPA Interface Processor 400, Item No. 7600-SIP-4000, one item at $8,500 | Customer VDS Oldsmar, FL |
| SIX | 1/03/2013 | Shipment of (1) Cisco 7600 Series SPA Interface PROC-400, Item No. 7600-SIP-400, one item at $2,800; (2) Cisco SUP720 W/2Ports 10GBE, Item No. VS-S720-10G-3C, two items at $5,000 each. | Customer NS Plymouth, MN |
| SEVEN | 1/03/2013 | Cisco SPA-8X1GE-V2 8-PORT Gigabit Ethernet Shared Port Adapter, one item at $1,400 | Customer NHR Santa Barbara, CA |

COUNTS EIGHT AND NINE:        (18 U.S.C. § 1957 – Monetary Transactions
                               Using Criminally Derived Property)

19.    Paragraphs 1 through 14, and the factual allegations contained in Counts Two through Seven, are alleged and incorporated as if fully set forth here.

INDICTMENT                                    -5-

20.     On or about the dates set forth below, in the Northern District of California, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

did, in the United States, knowingly engage in a monetary transaction in criminally derived property of a value greater than $10,000, said property having in fact been derived from specified unlawful activity, namely, mail fraud, and did so by, through, and to a financial institution, namely Wells Fargo Bank, as set forth in each of Counts Eight and Nine:

| Count | Date | Financial Transaction | Amount |
|-------|------|----------------------|--------|
| EIGHT | 4/02/2010 | Withdrawal from Network Genesis WFB account ending in x2746 | $1,730,554 |
| NINE | 10/21/2010 | Withdrawal from Network Genesis WFB account x2746, funds deposited into TDI's WFB account x2546 | $2,000,000 |

All in violation of Title 18, United States Code, Section 1957.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
                            Forfeiture of Proceeds of Specified Unlawful Activity)

21.     Paragraphs 1 through 14, as well as the factual allegations contained in Counts One through Seven of this Indictment, are re-alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c).

22.     Upon a conviction of any of the offenses alleged in Count One through Seven, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

//

//

INDICTMENT                    -6-

(a)   **Real Property**: The following real property and improvements:

    (1)   Property - 3016 Beckley Drive, San Jose, CA
           APN - 660-26-029

    (2)   Property - 2526 Qume Dr. #19, San Jose, CA
           APN - 244-16-050

    (3)   Property - 3005 Silver Creek Rd. 176, San Jose, CA
           APN - 670-43-038

    (4)   Property - 2611 Senter Rd., San Jose, CA
           APN - 497-36-002

    (5)   Property - 3151 Senter Rd., San Jose, CA
           APN - 494-01-010

    (6)   Property - 1189 S. De Anza Blvd., San Jose, CA
           APN - 359-35-017

    (7)   Property - 992 Story Rd., San Jose, CA
           APN - 477-15-130

    (8)   Property - 2897 Bouveron Ct., San Jose, CA
           APN - 659-43-105

    (9)   Property – 3119 Remington Way, San Jose, CA 95148
           APN – 659-20-025

    (10)   Property - 1763 - 1771 Blossom Hill Rd., San Jose, CA
           APN - 527-33-017

    (11)   Property - 3630 Kettman Road, San Jose, CA
           APN – 676-23-013

(b)   **Five Vehicles:**

    (1)   a 2011 Mercedes G550, California License Plate Number 6NBP661, Vehicle Identification Number (VIN) WDCYC3HF4BX186618, registered to Cuong C. Dang;

    (2)   a 2007 Mercedes SL550R, California License Plate Number 5VMV977, VIN  WDBSK71F17F123035, registered to Cuong Cao Dang;

    (3)   a 2011 BMW 328I, California License Plate Number 6MGE874, VIN WBADW7C53BE443536, registered to Ty T. Le;

    (4)   a 2007 Lotus, California License Plate Number DUSTIN8, VIN SCCPC111X7HL32749, registered to Cuong Dang; and

    (5)   a 2012 Mercedes-Benz SLSC Coupe, California License Plate Number 6WRC046, VIN WDDRJ7HA7CA009308, registered to Cuong C. Dang;

INDICTMENT

(c)     **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts:

    (1)     Wells Fargo Bank:

        a.     The monies and contents of bank account number ending in x6546, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.; and

        b.     The monies and contents of bank account number ending in x8255, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.

    (2)     JP Morgan Chase Bank:

        a.     The monies and contents of bank account number ending in x0057, held at JP Morgan Chase Bank, in the name of Cuong Cao DANG;

        b.     The monies and contents of bank account number ending in x9825, held at JP Morgan Chase Bank, in the name of Ace Laundromat; and

        c.     The monies and contents of bank account number ending in x5896, held at JP Morgan Chase Bank, in the name of Ace Laundromat.

    (3)     TIAA-CREF Scholarshare:

        a.     The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Tiffany DANG;

        b.     The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Michelle DANG;

        c.     The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Donna DANG; and

        d.     The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Dustin DANG.

(d)     **Cisco Equipment.**  All parts seized during the execution of search warrants at the premises of Network Genesis on January 23, 2013, as specifically described in Exhibit A to this Indictment.

23.     If any of said property, as a result of any act or omission of the defendant –

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to or deposited with, a third person;

INDICTMENT                                    -8-

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

SECOND FORFEITURE ALLEGATION :   (18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture)

24.    Paragraphs 1 through 14, as well as the factual allegations contained in Counts Eight and Nine of this Indictment, are re-alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

25.    Upon a conviction of any of the offenses alleged in Counts Eight and Nine, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a)    **Real Property**: The following real property and improvements:

    (1)    Property - 3016 Beckley Drive, San Jose, CA
            APN - 660-26-029

    (2)    Property - 2526 Qume Dr. #19, San Jose, CA
            APN - 244-16-050

    (3)    Property - 3005 Silver Creek Rd. 176, San Jose, CA
            APN - 670-43-038

    (4)    Property - 2611 Senter Rd., San Jose, CA
            APN - 497-36-002

    (5)    Property - 3151 Senter Rd., San Jose, CA
            APN - 494-01-010

INDICTMENT              -9-

(6)    Property - 1189 S. De Anza Blvd., San Jose, CA
APN - 359-35-017

(7)    Property - 992 Story Rd., San Jose, CA
APN - 477-15-130

(8)    Property - 2897 Bouveron Ct., San Jose, CA
APN - 659-43-105

(9)    Property – 3119 Remington Way, San Jose, CA 95148
APN – 659-20-025

(10)   Property - 1763 - 1771 Blossom Hill Rd., San Jose, CA
APN - 527-33-017

(11)   Property - 3630 Kettman Road, San Jose, CA
APN – 676-23-013

(b)   **Five Vehicles:**

(1)    a 2011 Mercedes G550, California License Plate Number 6NBP661, Vehicle Identification Number (VIN) WDCYC3HF4BX186618, registered to Cuong C. Dang;

(2)    a 2007 Mercedes SL550R, California License Plate Number 5VMV977, VIN WDBSK71F17F123035, registered to Cuong Cao Dang;

(3)    a 2011 BMW 328I, California License Plate Number 6MGE874, VIN WBADW7C53BE443536, registered to Ty T. Le;

(4)    a 2007 Lotus, California License Plate Number DUSTIN8, VIN SCCPC111X7HL32749, registered to Cuong Dang; and

(5)    a 2012 Mercedes-Benz SLSC Coupe, California License Plate Number 6WRC046, VIN WDDRJ7HA7CA009308, registered to Cuong C. Dang;

(c)   **Bank Accounts:** All United States currency funds or other monetary instruments from the following accounts:

(1)    Wells Fargo Bank:

a.    The monies and contents of bank account number ending in x6546, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.; and

b.    The monies and contents of bank account number ending in x8255, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.

(2)    JP Morgan Chase Bank:

1       a.   The monies and contents of bank account number ending in x0057, held at JP Morgan Chase Bank, in the name of Cuong Cao DANG;

2

3       b.   The monies and contents of bank account number ending in x9825, held at JP Morgan Chase Bank, in the name of Ace Laundromat; and

4

5       c.   The monies and contents of bank account number ending in x5896, held at JP Morgan Chase Bank, in the name of Ace Laundromat.

6

7       (3)   TIAA-CREF Scholarshare:

8       a.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Tiffany DANG;

9

10      b.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Michelle DANG;

11

12      c.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Donna DANG; and

13

14      d.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Dustin DANG.

15

16   (d)   **Cisco Equipment**. All parts seized during the execution of search warrants at the premises of Network Genesis on January 23, 2013, as specifically described in Exhibit A to this Indictment.

17

18   26.   If any of said property, as a result of any act or omission of the defendant –

19      (a)   cannot be located upon the exercise of due diligence;

20      (b)   has been transferred or sold to or deposited with, a third person;

21      (c)   has been placed beyond the jurisdiction of the Court;

22      (d)   has been substantially diminished in value; or

23      (e)   has been commingled with other property which cannot be subdivided without difficulty;

24

25   //

26   //

27   //

28   //

INDICTMENT           -11-

1   any and all interest defendant has in other property shall be vested in the United States and

2   forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as

3   incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal

4   Rules of Criminal Procedure.

5   DATED: 7/24/2013

    A TRUE BILL.

7   FOREPERSON

9   MELINDA HAAG
    United States Attorney

11  _____ for Matt Parrella
    MATTHEW A. PARRELLA
12  Chief, Computer Hacking/Intellectual Property

13  (Approved as to form:
14  AUSA Callaway

Exhibit A

| CISCO ITEMS SEIZED | | |
|---|---|---|
| SEARCH WARRANT DATE: | 1/23/2013 | |
| SITE: | 2526 QUME DR. #19, SAN JOSE | |
| | | |
| | | |
| | | |
| **Number** | **Serial #** | **Product #** |
| 1 | SAL15O458AT | RSP7ZO-3C-GE |
| 2 | JAF145ODGEL | N7K-M13ZXP-1Z |
| 3 | JAE1ZZ1J166 | ASR1OOO-RP1 |
| 4 | JAB1O34O1KE | SPA-5X1GE |
| 5 | JAE13Z7DEPQ | SPA-1CHOC3-CE-ATM |
| 6 | | Cisco Catalyst 6513 |
| 7 | | Cisco Catalyst 6513 |
| 8 | | Cisco Nexxus 7000 |
| 9 | | Cisco Rack 7600 |
| 10 | | Cisco ASR 1000 |
| 11 | | Cisco 3845 |
| 12 | | Cisco ASR 1004 |
| 13 | JAB1001039B | SPA-ZX1GE |
| 14 | JAB103706EG | SPA-4XOC1Z-POS |
| 15 | JAB1010405M5 | SPA-1XTENGE-XFP |
| 16 | JAE114A5RG3 | SPA-4XOC1Z-POS |
| 17 | JAE11076E65 | SPA-ZX1GE |
| 18 | JAB094805XN | SPA-1XTENGE-XFP |
| 19 | JAE14200CEX | SPA-4XOC1Z-POS |
| 20 | JAE14200CEY | SPA-4XOC1Z-POS |
| 21 | JAB093503HE | SPA-ZX1GE |
| 22 | JAB093402H2 | SPA-4XT3-E3 |
| 23 | JAE1341L40Z | SPA-1XTENGE-XFP |
| 24 | JAB10230A1H | SPA-1XTENGE-XFP |
| 25 | JAB105106F9 | SPA-1XTENGE-XFP |
| 26 | JAB093805B4 | SPA-1XTENGE-XFP |
| 27 | JAB113804E2 | SPA-4XOC1Z-POS |
| 28 | JAB1009009D | SPA-ZX1GE |
| 29 | JAB09260706 | SPA-1XTENGE-XFP |
| 30 | JAB0921026Z | SPA-ZXT3-E3 |
| 31 | JAE15280F1E | SPA-4XCT3-DSO |
| 32 | JAB092606Y9 | SPA-1XTENGE-XFP |
| 33 | JAB09034GR | SPA-1XTENGE-XFP |
| 34 | JAB122101PM | N7K-SUP1 |
| 35 | JAF1520ATLH | N7K-M148GT-11L |
| 36 | JAB122000GU | N7K-M148GT-11 |
| 37 | 16412159 | PA-ZFE1SL-TX |
| 38 | JAB104906AS | SPA-4XOC3-POS-VZ |
| 39 | JAE12034X9G | SPA-ZXOC3-POS |
| 40 | JAB095005KT | SPA-ZXOC3-POS |
| 41 | JAE1238VI7U | SPA-ZXOC3-POS |
| 42 | JAB104209B2 | SPA-4XOC3-POS |
| 43 | JAB110405LD | SPA-4XOC3-POS-VZ |
| 44 | JAE10490629 | SPA-4XOC3-POS |
| 45 | JAB10100J2P | SPA-4XOC3-POS-VZ |
| 46 | JAB10060969 | SPA-ZXOC3-POS |
| 47 | JAE0842YDW5 | PA-A3-T3 |
| 48 | 10734271 | PA-8T-V35 |
| 49 | JAB0904041H | SPA-1OX1GE |
| 50 | JAE1242XFVC | SPA-5X1GE |
| 51 | JAB103902GR | SPA-5X1GE |
| 52 | JAB093003QA | SPA-5X1GE |
| 53 | JAB094403B7 | SPA-1OX1GE |
| 54 | JAB093405W0 | SPA-1OX1GE |
| 55 | JAB104209BS | SPA-4XOC3-POS |
| 56 | JAB104209BE | SPA-4XOC3-POS |
| 57 | JAE1245ZE9R | SPA-4XOC3-POS-VZ |
| 58 | JAE1140YDX3 | 76OO-ESZO-GE3CXL |
| 59 | JAE13157582 | 76OO-ESZO-1OG3C |
| 60 | JAB114201A1 | 76OO-ESZO-1OG3C |
| 61 | JAE11506HRH | 76OO-ESZO-GE3CXL |
| 62 | JAE104702VA | SPA-ZXOC3-POS |
| 63 | JAB101007SK | SPA-ZXOC3-POS |
| 64 | JAB095005N0 | SPA-ZXOC3-POS |
| 65 | JAB093104EN | SPA-ZXOC3-POS |
| 66 | JAE11032A5B | SPA-ZXOC3-POS |

Network Genesis Search Warrant
01/23/2013

Exhibit A

| CISCO ITEMS SEIZED | | |
|---|---|---|
| SEARCH WARRANT DATE: | 1/23/2013 | |
| SITE: | 2526 QUME DR. #19, SAN JOSE | |
| | | |
| | | |
| | | |
| **Number** | **Serial #** | **Product #** |
| 67 | JAE1119GR8P | SPA-ZXOC3-POS |
| 68 | JAF1449DMAB | N7K-M148GT-11 |
| 69 | JAB122000V9 | N7K-M148GT-11 |
| 70 | JAE1226MU1Y | 76OO--PFC3C-1OGE |
| 71 | JAE1226MUZO | 76OO--PFC3C-1OGE |
| 72 | SAL1434RKJJ | VS-F6K-PFC3C |
| 73 | SAD120504F9 | VS-F6K-PFC3C |
| 74 | JAE1128PVSD | 76OO--PFC3C-1OGE |
| 75 | JAB105005X0 | SPA-1XOC48-ATM |
| 76 | JAB110305W1 | SPA-1X1OGE-WL-VZ |
| 77 | JAB103904FL | SPA-1XOC1Z-ATM |
| 78 | JAE1349PF5T | SPA-1X1OGE-WL-VZ |
| 79 | JAE1345N91K | SPA-1XCHSTM1-OC3 |
| 80 | JAE1138XCOZ | SPA-4XOC3-ATM |
| 81 | JAE1349PF5U | SPA-1X1OGE-WL-VZ |
| 82 | JAE151003FJ | SPA-ZXOC48POS-RPR |
| 83 | JAE1133U0KH | SPA-ZXCT3-DS-O |
| 84 | JAE110766DD | SPA-4XOC3-ATM |
| 85 | JAE1329EO99 | SPA-1XOC48-ATM |
| 86 | JAB095005XP | SPA-1XCHSTM1-OC3 |
| 87 | JAE1333GXIF | SPA-4XOC48POS-RPR |
| 88 | JAB094907D1 | SPA-ZXOC48POS-RPR |
| 89 | JAE1138SRW | SPA-4XOC3-ATM |
| 90 | JAE1217G0HS | SPA-1X1OGE-WL-VZ |
| 91 | JAE1035A1NT | SPA-ZXCT3-DS-O |
| 92 | JAE1049GH25 | SPA-ZXCT3-DS-O |
| 93 | JAE14190AFW | SPA-8XOC1Z-POS |
| 94 | JAE1341L22E | SPA-8XOC1Z-POS |
| 95 | JAE1335I0XR | SPA-8XOC1Z-POS |
| 96 | JAE1214D3O5 | SPA-8XOC1Z-POS |
| 97 | JAE1339KO7J | SPA-8XOC1Z-POS |
| 98 | JAE12046H7B | SPA-4XOC3-POS |
| 99 | JAE1117EE47 | SPA-4XOC3-POS |
| 100 | SAL1004BGNP | WS-X614-8V-GE-TX |
| 101 | SAL10019PN1 | WS-X614-8V-GE-TX |
| 102 | SAL1050ASCY | WS-X614-8V-GE-TX |
| 103 | SAL1022PTYZ | WS-X614-8V-GE-TX |
| 104 | JAB104505LU | 76OO-ESZO-GE3CXL |
| 105 | JAB113800NG | 76OO-ESZO-1OG3C |
| 106 | JAE1140YDVA | 76OO-ESZO-GE3CXL |
| 107 | JAB11130134 | 76OO-ESZO-1OG3CXL |
| 108 | JAB1047041B | 76OO-ESZO-1OG3CXL |
| 109 | SAD0930C82 | WS-F6K-PFC3BXL |
| 110 | SAD093008RF | WS-F67OO-DFC3BXL |
| 111 | JAB101505YN | SPA-ZXOC3-ATM |
| 112 | JAB092306BJ | SPA-ZXOC3-ATM |
| 113 | JAB1029053A | SPA-ZXOC3-ATM |
| 114 | JAB09470174 | OSM-4OC1Z-POS-SIT |
| 115 | SAD100105JH | WS-SVC-NAM-Z |
| 116 | JAE1129QRK1 | RSP7ZO-3CGE |
| 117 | JAE11221IZP2 | ASR1OOO-SIP1O |
| 118 | SAL150355EC | RSP7ZO-3CGE |
| 119 | JAB12230101 | N7K-SUP1 |
| 120 | JAB122200U3 | N7K-M13ZXP-1Z |
| 121 | JAF1518DFER | N7K-M148GS-11L |
| 122 | SAD084104RF | WS-X6148-GE-TX |
| 123 | SAL11413X7N | WS-X6148-GE-TX |
| 124 | SAL11413X4U | WS-X6148-GE-TX |
| 125 | SAL10019L1J | WS-X6148-GE-TX |
| 126 | SAD08250A9G | WS-X6148-GE-TX |
| 127 | JAE12503BF1 | SPA-IPSEC-ZG |
| 128 | JAB0934096T | SPA-IPSEC-ZG |
| 129 | JAB110105BJ | SPA-ZXOC1Z-POS |
| 130 | JAB104804U5 | SPA-ZXOC3-POS |
| 131 | JAE12099NKR | SPA-Z4CHT1-CE-ATM |
| 132 | JAE11506ZPE | SPA-Z4CHT3-CE-ATM |

Network Genesis Search Warrant
01/23/2013

| CISCO ITEMS SEIZED | | |
|---|---|---|
| SEARCH WARRANT DATE: | 1/23/2013 | |
| SITE: | 2526 QUME DR. #19, SAN JOSE | |
| | | |
| | | |
| | | |
| **Number** | **Serial #** | **Product #** |
| 133 | JAE1351RR3P | SPA-1XOC48POS-RPR |
| 134 | JAE134AQ2L7 | SPA-OC1AZPOS-XFP |
| 135 | JAE12503BEF | SPA-IPSEC-ZG |
| 136 | JAB0918063G | SPA-IPSEC-ZG |
| 137 | JAB094305DS | SPA-IPSEC-ZG |
| 138 | JAE115295AT | SPA-1CHOC3-CE-ATM |
| 139 | JAB10210JW5 | SPA-IPSEC-ZG |
| 140 | JAE12034XAL | SPA-ZXOC3-POS |
| 141 | JAB110605J1 | SPA-ZXOC1Z-POS |
| 142 | JAB093901SA | SPA-OC1AZPOS-LR |
| 143 | JAB094803WY | SPA-ZX1GE |
| 144 | JAB093003Q3 | SPA-5X1GE |
| 145 | JAB101500UG | SPA-ZX1GE |
| 146 | JAE1115C5WZ | SPA-ZX1GE |
| 147 | SAL10019M8W | WS-X6148-GE-TX |
| 148 | SAL100195RL | WS-X6148-GE-TX |
| 149 | JAB093205PC | OSM-1OC48-POS-SST |
| 150 | JAB0907014S | OSM-4OC3-POS-SIT |
| 151 | SAL1450290Y | WS-X6716-1OT-3C |
| 152 | SAL15045S9D | RSP7ZO-3C-GE |
| 153 | SAL14502909 | WS-X6716-1OT-3C |
| 154 | NSG0532904L | 73-74O9-O3 |
| 155 | JAB10340608 | SPA-1XOC12POS |
| 156 | SAL09073SKN | |
| 157 | SAL1101D0U9 | |
| 158 | SAL11413EYS | |
| 159 | SAL1023QA6E | |
| 160 | SAL1214KX5X | |
| 161 | SAL1205ESCN | |
| 162 | SAL1209H6MZ | |
| 163 | SAL1207GEWH | |
| 164 | SAL1022Q094 | |
| 165 | SAL1214KWZL | |
| 166 | SAL1208HJA | |
| 167 | SAL1215M5HS | |
| 168 | SAD12050506J0 | |
| 169 | SAL1014HVPS | |
| 170 | SAD1150018 | |
| 171 | SADE1113019C | |
| 172 | SAL1213K4BV | |
| 173 | JAE1124LFKE | |
| 174 | JAB100800ZW | |
| 175 | JAB102400AK | |
| 176 | SAL10360H0J | |
| 177 | SAL1316N93N | |
| 178 | SAL12351KBP | |
| 179 | SAD1025094L | |
| 180 | 99JHC040200620 | |
| 181 | 1021302L | Cisco 3600 |
| 182 | JAE1ZZ1J166 | ASR1OOO-RP1 |
| 183 | JAB11O1O6GH | SPA-1XTENGE-XFP |
| 184 | JAE13Z7DEPQ | SPA-1CHOC3-CE-ATM |
| 185 | JAB1O3AO1KE | SPA-5X1GE |
| 186 | JAF145ODGEL | N7K-M13ZXP-1Z |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

**Filed**
JUL 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### — OFFENSE CHARGED —

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

### DEFENDANT - U.S

▶ CUONG CAO DANG, a/k/a Calvin Dang

DISTRICT COURT NUMBER

CR13   00486   EJD

PSG

### — PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      DAVID R. CALLAWAY

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction     } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### — ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____      Before Judge: _____

Comments: GOVERNMENT WILL REQUEST DETENTION

Penalty Sheet Attachment
United States v. CUONG CAO DANG,
a/k/a "Calvin" Dang

Count One:                    18 U.S.C § 1349 –    Conspiracy to Commit Mail Fraud

Counts Two through Seven: 18 U.S.C. § 1341 –    Mail Fraud

Counts Eight and Nine:        18 U.S.C. § 1957 –    Engaging in Monetary Transactions Using
                                                   Criminally Derived Property

Penalties:

Count One: Up to 20 imprisonment; $250,000 fine (or twice the gross gain or gross loss); three
years supervised release; $100 special assessment

Counts Two through Seven: Up to 20 years imprisonment; $250,00 fine (or twice the gain/loss);
three years supervised release; $100 special assessment

Counts Eight and Nine: 10 years imprisonment; $250,000 fine (or twice the amount of the
criminally-derived property involved in the transaction); three years supervised release; $100
special assessment

First Forfeiture Allegation:  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C) -  Forfeiture of
Criminally Derived Proceeds

Second Forfeiture Allegation: 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture