**SEALED BY ORDER OF THE COURT**

E-filing

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorneys

5
6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5042
7  Facsimile: (408) 535-5066
   E-Mail: david.callaway@usdoj.gov

8
9  Attorneys for the United States of America
10

**Filed**

JUL 2 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN JOSE DIVISION

14
15  UNITED STATES OF AMERICA,           )   CR 13 No. 00486 EJD PSG
16         Plaintiff,                    )   UNITED STATES' APPLICATION TO
                                         )   SEAL INDICTMENT AND ARREST
17     v.                                )   WARRANT [PROPOSED] ORDER
                                         )
18  CUONG CAO DANG a/k/a Calvin Dang    )   (UNDER SEAL)
                                         )
19         Defendants.                   )
                                         )
20  _____

21
22      The government hereby moves the Court for an order sealing the indictment, arrest warrant,
23  this motion, and the Court's sealing order until further order of the Court because the defendant
24  has not yet been arrested and the investigation and efforts to locate the defendant are ongoing.
25  The United States requests copies of the sealed superseding indictment, arrest warrant and this
26  Application
    //
27  //
    //
28  //

and Order.

DATED: 7/24/2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
DAVID R. CALLAWAY
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the superseding indictment, arrest warrant, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of these documents to the United States Attorney's Office and to Special Agents of the United States Secret Service.

DATED: 7/24/13

_____
HOWARD R. LLOYD
United States Magistrate Judge