FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR PLAINTIFF DEFENDANT CUONG CAO DANG, AKA CALVIN DANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cuong Cao Dang, aka Calvin Dang,<br><br>　　　　Defendant. | CASE NO.  CR13 00486 EJD<br><br>STIPULATION AND ORDER FOR MODIFICATION OF RELEASE CONDITIONS |

WHEREAS, the Defendant Calvin Dang was initialed released on bond in this matter on August 7, 2013 on condition that he post a $2.5 million bond secured by real property and on the further condition that he be placed under "house arrest" subject to electronic monitoring and

WHEREAS, this Court on September 3, 2013 amended the conditions of release to include GPS monitoring, home confinement and travel restriction to Santa Clara County, and

WHEREAS, on August 11, 2014 this Court removed the condition of GPS monitoring but required that the Defendant submit to a curfew with location monitoring, and

WHEREAS, the Defendant has abided by all of the terms of release imposed herein, and

WHEREAS, the Plaintiff has no objection to the removal of the location monitoring condition hereto fore imposed,

1    GOOD CAUSE APPEARING THEREFORE, and based on the stipulation of the parties, it is
2  hereby ordered that the conditions for release on bond heretofore imposed on the Defendant, Cuong
3  Cao Dang, aka Calvin Dang, should be, and the same are hereby, modified in the following respect:
4  the requirement that the Defendant be subject to electronic location monitoring is removed.

**SO STIPULATED:**

DATED:   APRIL 30, 2015          MELINDA HAAG
                                 UNITED STATES ATTORNEY


                                 BY:  /S/ DAVID R. CALLAWAY
                                      DAVID R. CALLAWAY
                                      ASSISTANT UNITED STATES ATTORNEY


DATED:   APRIL 30, 2015          BERLINER COHEN


                                 BY:  /S/ FRANK R. UBHAUS
                                      FRANK R. UBHAUS
                                      ATTORNEYS FOR PLAINTIFF DEFENDANT CUONG
                                      CAO DANG, AKA CALVIN DANG


**SO ORDERED:**

DATED: 4/30/2015


                                 BY:  [signature]
                                      HONORABLE PAUL S. GREWAL
                                      UNITED STATES MAGISTRATE JUDGE

---

CASE NO.  CR13 00486 EJD          -2-
STIPULATION AND ORDER FOR MODIFICATION OF RELEASE CONDITIONS

4845-8648-4514v3
FRU\22573001